UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 13-48119 |
| Cesario Medina | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Bruce W. Black |
| | ) | |
| | ) | Joliet |
| Debtor(s) | ) | |

## ORDER VALUING CLAIM OF JPMORGAN CHASE

On February 10, 2014, the debtor(s) filed a motito value the claim of JP Morgan Chase (the "creditor") secured by a lien against the property commonly known as 2112 S. 50th Ave., Cicero, IL 60804 (address) with a real estate tax pin number 16-21-427-018-0000 (the "property")  The creditor has not responded to the motion.
　　IT IS HEREBY ORDERED that the relief requested in the motion in favor of the debtor(s) and against the creditor is granted as follows:
　　1.  For purposes of Chapter 13 plan only, any claims asserted by the creditor stemming from its 1st mortgage lien against the property is secured as to $45,000.00 only and the rest of the claim is entirely unsecured pursuant to 11 U.S.C. 506(a) given the value of the property
　　2.  Any timely filed proof of claim of the creditor for the 1st mortgagee will be treated ass unsecured to to the extent it exceed $45,000.00.
　　3.  Upon completion of the Chapter 13 plan and entry of a discharge, the creditor's lien will be deemd satisfied pursuant to 11U.S.C. 1322(b)(2), 1327 and 1328(a)

Enter: /s/ Pamela S Hollis

Dated:  3/21/14

United States Bankruptcy Judge

**Prepared by:**
Joseph C. Michelotti 6185760
2625 Butterfield Suite 138s
Oak Brook, IL 60523
630 928 0100

Rev: 20130104_bko